**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert James COOK, Defendant–**
**Appellant.**

**No. 05–12090**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 1, 2006.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Ann Day Lawrence, Birmingham, AL, for Defendant–Appellant.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Ann Day Lawrence, appointed counsel for Robert James Cook in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cook's conviction and sentence are **AFFIRMED**.